1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

8
   **UNITED STATES DISTRICT COURT**
9
   **DISTRICT OF NEVADA**
10

11 CATHERINE A. ORCUTT,                     )
                                            ) Case No.: 2:19-cv-01920-DJA
12        Plaintiff,                        )
                                            ) **UNOPPOSED MOTION FOR**
13        v.                                ) **EXTENSION OF TIME**
                                            ) (***FIRST REQUEST***)
14 ANDREW SAUL,                             )
   Commissioner of Social Security,         )
15                                          )
          Defendant.                        )
16                                          )
                                            )
17

18       Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests

19 that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and Remand

20 (Dkt. No. 24, filed on February 21, 2020), currently due on March 23, 2020, by 30 days, through and

21 including April 22, 2020.  Defendant further requests that all subsequent deadlines set forth in the

22 Court's scheduling order (Dkt. No. 18) be extended accordingly.

23       This is Defendant's first request for an extension of time.  Good cause exists for this extension

24 due to Defendant's counsel's workload as described below.  Since Plaintiff's motion was filed on

25 February 21, 2020, Defendant's counsel has worked on approximately 17 district court cases, as well

26 as a Ninth Circuit appeal.  Counsel is also responsible for other substantive non-litigation matters in

the Office of General Counsel. The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload at a time when the office is under a hiring freeze.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On March 16, 2020, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including April 22, 2020.

Dated: March 16, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2020

2

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Matthew McGarry
mmcgarry@windisability.com
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated:  March 16, 2020

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney