AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Catherine A. Orcutt,

          Plaintiff,

v.

Andrew M. Saul,
Acting Commissioner of SSA,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:19-cv-01920-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That Judgment is entered in Favor of Plaintiff Catherine A. Orcutt and against Defendant Andrew M. Saul in the amount of Twelve Thousand Dollars ($12,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d). This award is without prejudice to the rights of Olinsky Law Group and/or Hal Taylor to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

3/3/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk